Buffalo Properties, LLC
10 Quail Drive
Ona, WV 25545


A.Douglas McKee
10 Quail Drive
Ona, WV 25545


Arch A. Moore, Jr., Trustee
P. O. Box 250
Moundsville, WV 26041


Bobby Gillespie
c/o Jim Bailes
401 10th Ave
Huntington, WV 25701


Community Trust Bank
346 North Mayo Trail
Pikeville, KY 41501-1522


D. S. Bowers
Rt. 3, Box 145
Spencer, WV 25276


Dan Dahill
Ethel, WV 25076


Daniel Williamson
McNeal, Williamson & Co.
P. O. Box 1839
Logan, WV 25601


Dependable Piper Supply
P. O. Box 608
Spencer, WV 25276


Ed Thomas
3042 Brownville Rd
Brownville, KY 42210

Farmers Friend
P. O. Box 652
Spencer, WV 25276

First State Bank
Main Branch
P. O. Box 295
Barboursville, WV 25504

Four Traxx
P. O. Box 403
214 Cobb Street
Clendenin, WV 25045

Harris Oil Co.
P. O. Box 685
Spencer, WV 25276-0685

Hedges, Jones, and Whittier
P. O. Box 7
Spencer, WV 25276

Hildreth Supply
P. O. Box 1007
Spencer, WV 25276

Huntington National Bank
P.O. Box 2059
Columbus, OH 43216

James R. Clowser
406 Tennessee Ave.
Charleston, WV 25302

Kelly Company
1293 Kelly Ridge
Looneyville, WV 25259

McNeal, Williamson & Co.
P. O. Box 1839
Logan, WV 25601

Merville Perry
c/o Davia A. Barnette, Jackson & Kelly
P. O. Box 553
Charleston, WV 25322


Mid State Marina
P. O. Box 117 Rt. 19 N
Sutton, WV 26601


Nationwide Insurance
304 Main Street
Man, WV 25635


Pruitt & Thorner
P. O. Box  352
Catetlettsburg, KY 41129


Putnam County Bank
2761 Main Street
Hurricane, WV 25526


Southern States
210 Bowman Street
Spencer, WV 25276-1308


The Delta Company
616 Bendview Drive
Charleston, WV 25314


United National Bank
P. O. Box 1553
Charleston, WV 25326


Vanantwerp, Monge, Jones & Edwards LLP
P. O. Box 1111
Ashland, KY 41105-1111


Wesbanco
1 Bank Plaza
Wheeling, WV 26003

Whitings Electric
1210 Charleston Road
Spencer, WV 25276


Williard Starcher, Inc.
P. O. Box 280
Spencer, WV 25276


WV Oil Gathering
P. O. Box 698
Zanesville, OH 43702